UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HOME INSTEAD, INC.,

    Plaintiff,

v.

BIDWELL HOME CARE SERVICES, LLC, BIDWELL SERVICE CARE, LLC, WILLIAM BIDWELL, SUSAN BIDWELL, BIDWELL CARE HOLDINGS, INC., JOSEPH BIDWELL, AUDRA ILER-BIDWELL,

    Defendants.
_____/

Case No. 2:25-cv-754-KCD-DNF

**ORDER**

    This is a trademark case, and the parties are briefing a motion for preliminary injunction. In support of the motion, Plaintiff filed declarations from eight individuals. Defendants now move for expedited discovery to depose these witnesses over the next 45 days. (Doc. 24.) Plaintiff responded in opposition. (Doc. 38.)

    Generally, "[a] party may not seek discovery from any source" before a conference has been conducted pursuant to Federal Rule of Civil Procedure 26(f). Fed. R. Civ. P. 26(d)(1). But this timing can be altered. *Id.* "A district court has the discretion to order expedited discovery if the party seeking it establishes good cause for such discovery." *Centennial Bank v. ServisFirst*

*Bank Inc.*, No. 8:16-cv-88-T-36JSS, 2016 WL 7376655, at *2 (M.D. Fla. Jan. 29, 2016). "In deciding whether a party has shown good cause, a court considers: (1) whether a motion for preliminary injunction is pending; (2) the breadth of the requested discovery; (3) the reason(s) for requesting expedited discovery; (4) the burden on the opponent to comply with the request for discovery; and (5) how far in advance of the typical discovery process the request is made." *Id.*

Considering these factors, the Court will not allow expedited discovery. Although a motion for preliminary injunction is pending (Doc. 16), Defendants can subpoena these witnesses for the evidentiary hearing, which the Court will set by separate notice. Since Defendants will have an opportunity to cross-examine Plaintiff's witnesses, which is the basis for the discovery motion, delaying consideration of the motion or preliminary injunction is not warranted. Accordingly, the Defendants' motion (Doc. 24) is **DENIED**.

**ORDERED** in Fort Myers, Florida on October 7, 2025.

Kyle C. Dudek
United States District Judge